JUDGE PALLMEYER
MAGISTRATE JUDGE IASPARRO

26CR50035

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**

UNITED STATES OF AMERICA

vs.

SAMUEL ELLIS and
MICHAEL AUSTIN

**UNDER SEAL**

No.

Violations: Title 18, United States
Code, Sections 371 and 2113(a)

JUN 30 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL JULY 2025 GRAND JURY charges:

1.      Beginning no later than on or about December 16, 2024 and continuing until on or about December 19, 2024, in the Northern District of Illinois, Western Division, and elsewhere

SAMUEL ELLIS and
MICHAEL AUSTIN,

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, to, by force and violence, and by intimidation, take from the person and presence of a person known to the grand jury, approximately $188,470 belonging to and in the care, custody, control, management, and possession of Bank of America, located at 240 N. Randall Road, Lake in the Hills, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## Overt Acts

2.    In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, SAMUEL ELLIS and MICHAEL AUSTIN committed one or more overt acts in the Northern District of Illinois, Western Division, and elsewhere, which overt acts included but were not limited to the following:

a.    On or about December 16, 2024, SAMUEL ELLIS and MICHAEL AUSTIN drove from at or near Houston, Texas to at or near Rockford, Illinois.

b.    On or about December 17, 2024, SAMUEL ELLIS and MICHAEL AUSTIN drove from at or near Rockford, Illinois to the Bank of America located at 240 N. Randall Road, Lake in the Hills, Illinois.

c.    Upon arriving at the Bank of America, MICHAEL AUSTIN got out of the vehicle and approached an Automated Teller Machine (ATM) located in the bank drive-thru while an ATM technician was servicing the ATM.

d.    MICHAEL AUSTIN took approximately $188,470 from the ATM while SAMUEL ELLIS waited in the vehicle.

e.    After the robbery, SAMUEL ELLIS and MICHAEL AUSTIN, drove from the Bank of America in Lake in the Hills, Illinois back to at or near Rockford, Illinois.

f.    On or about December 19, 2024, SAMUEL ELLIS and MICHAEL AUSTIN drove from at or near Rockford, Illinois to at or near Houston, Texas.

All in violation of Title 18, United States Code, Section 371.

2

## COUNT TWO

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about December 17, 2024, at Lake in the Hills, in the Northern District of Illinois, Western Division,

SAMUEL ELLIS and
MICHAEL AUSTIN,

defendants herein, by force and violence, and by intimidation, did take from the person and presence of a person known to the grand jury, approximately $188,470 belonging to and in the care, custody, control, management, and possession of Bank of America, located at 240 N. Randall Road, Lake in the Hills, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

3